KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, 10th Floor
   San Francisco, California 94102-3495
   Telephone:   (415) 436-6909
   Facsimile:   (415) 436-6748
   Email:   jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SHAWN LEE HILLER and STACEY HILLER | ) ) ) | No. C 05-01620 SBA |
| Plaintiff, | ) ) | **STIPULATION AND ORDER SELECTING ADR PROCESS;** |
| v. | ) ) | **ADR CERTIFICATION** |
| UNITED STATES OF AMERICA and DOES 1 to 20 | ) ) ) ) | |
| Defendant. | ) ) | |

ADR STIPULATION
C 05-1620 SBA                -1-

1  The parties stipulate to participate in the following ADR process: Mediation by private
2  arrangement. The parties are in the process of selecting a mediator and intend to have all
3  arrangements in place before the Case Management Conference.

4

5  DATED: August 18, 2005                JONES CLIFFORD JOHNSON & JOHNSON LLP

6                                        _____/s/_____
7                                        J. KEVIN MORRISON
                                         Attorney for Plaintiffs Shawn Lee Hiller
                                         and Stacey Hiller
8

9  DATED: August 18, 2005                KEVIN V. RYAN
                                         United States Attorney
10

11                                       _____/s/_____
                                         JONATHAN U. LEE
                                         Assistant United States Attorney
12                                       Attorneys for Defendants

13  **IT IS SO ORDERED:**

14
    DATED: _9-2-05_____        _____
15
                                         UNITED STATES DISTRICT JUDGE
16

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Saundra B. Armstrong]

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

DATED: August 18, 2005          JONES CLIFFORD JOHNSON & JOHNSON LLP

                                /s/
                                J. KEVIN MORRISON
                                Attorney for Plaintiffs Shawn Lee Hiller
                                and Stacey Hiller

DATED: August 18, 2005          KEVIN V. RYAN
                                United States Attorney

                                /s/
                                JONATHAN U. LEE
                                Assistant United States Attorney
                                Attorneys for Defendants