J. KEVIN MORRISION (SBN 160531)
BRYAN D. LAMB (SBN 197675)
**JONES, CLIFFORD, JOHNSON & JOHNSON, LLP**
100 Van Ness Avenue, 19th Floor
San Francisco, CA  94102
Telephone:  (415) 431-5310
Facsimile:   (415) 431-2266
E-mail:  kmorrison@jcjj.net

Attorneys for Plaintiffs
SHAWN LEE HILLER and
STACEY HILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHAWN LEE HILLER and STACEY HILLER, | **Case No.: C-05-01620-SBA** |
| Plaintiffs, | [PROPOSED] **ORDER RE: COMPUTER ASSISTED EVIDENCE PRESENTATION** |
| vs. | **Trial Date: March 5, 2007** |
| UNITED STATES OF AMERICA and DOES 1 through 20, | |
| Defendants | |

Plaintiffs' request to use computer assisted evidence presentation is granted.  Plaintiffs are permitted to bring to court:

1)   A laptop computer;

~~2) A projector;~~

~~3) A screen;~~

~~4) Audio speakers;~~

2 ~~5~~)   A printer; and

3 ~~6~~)   Any cords necessary to allow the equipment to function

1

**ORDER RE: COMPUTER ASSISTED EVIDENCE PRESENTATION**
**Case No.: C-05-01620-SBA**

IT IS SO ORDERED.

Dated: 3/2/07

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge