**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHAWN LEE HILLER AND STACEY HILLER, | No. C 05-1620 SBA |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA AND DOES 1 TO 20, | |
| Defendants. | |

In accordance with the separately issued Findings of Fact and Conclusions of Law, judgment is entered in favor of plaintiffs Shawn Lee Hiller and Stacey Hiller. The plaintiffs are awarded $76,075.

The Clerk of Court shall close the file and terminate any pending matters.

IT IS SO ORDERED.

September 28, 2007

_/s/ Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge