**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHAWN LEE HILLER and STACEY HILLER,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA and DOES 1 to 20,<br><br>    Defendant. | No.  C 05-01620 SBA<br><br>**ORDER** |

On September 30, 2008, the Court issued an Order, inter alia, directing plaintiffs to file a joint declaration by October 6, 2008, indicating how much of their total recovery of $76,075 they wished to pay as attorneys fees, up to a maximum of 25% of this total recovery, or $19,018.75. Docket No. 165.  On October 7, 2008, plaintiffs' *counsel* filed a declaration purporting to claim 25%.  Docket No. 166.  The Court again directs *plaintiffs* to file a joint declaration within five days of the date of the entry of this Order, indicating how much of their total recovery of $76,075 they wish to pay as attorneys fees, up to a maximum of 25% of this total recovery, or $19,018.75.

IT IS SO ORDERED.

October 20, 2008

_____
Saundra Brown Armstrong
United States District Judge